# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 26, 2018**

SEAN F. McAVOY, CLERK

MICHAEL NEW,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

*Defendant*

Civil Action No. 1:17-CV-03090-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 12, is GRANTED;
Defendant's Motion for Summary Judgment, ECF No. 16, is DENIED;
Decision of the Commissioner denying benefits is reversed and remanded to the agency for further proceedings; and
Judgment is entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for summary judgment.

Date: February 26, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas